V2I7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

December 3, 2003

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO
CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE
ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF
PARTICIPATING BY CONFERENCE CALL.

CASE NO.     **3:01-cv-1720 Romatowski v. Pharmacia**
             **3:01-cv-1352 Torony v. Pharmacia**
             **3:02-cv-1892 Giamminonni v Pharmacia**

James F. Early
Early, Ludwick & Sweeney
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866

Robert T. Naumes
Thornton, Early & Naumes
100 Summer St., 30th Fl.
Boston, MA 02110

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

December 3, 2003

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO
CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE
ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF
PARTICIPATING BY CONFERENCE CALL.

CASE NO.    **3:01-cv-1720 Romatowski v. Pharmacia**
**3:01-cv-1352 Torony v. Pharmacia**
**3:02-cv-1892 Giamminonni v Pharmacia**

Margaret M. Doherty
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702
203-596-9030

)

Timothy W. Donahue
Delaney, Zemetis, Donahue, Durham & Noonan
111 S. Main St., PO Box 747
Wallingford, CT 06492
203-269-1441

Brock Thomas Dubin
Delaney, Zemetis, Donahue, Durham & Noonan
Concept Park
741 Boston Post Rd.
Guilford, CT 06437
203-458-9168

(

Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702
203-596-9030

William H. Pickett
600 Griffith Bldg.
405 E. Thirteenth St.
Kansas City, MO 64106

Stephen E. Pliakas
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702
203-596-9030

Stephen E. Scheve
Shook, Hardy & Bacon
JP Morgan/Chase Tower
600 Travis Street
Suite 1600
Houston, TX 77002

Andrew See
Shook, Hardy & Bacon
1200 Main Street
One Kansas City Place
Kansas City, MO 64105-2118
816-474-6550

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK