UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN W. RAMATOWSKI, PPA,<br>CYNTHIA RAMATOWSKI,<br>CYNTHIA RAMATOWSKI and<br>JOHN J. RAMATOWSKI<br>        Plaintiffs, | CIVIL ACTION NO.: 3-02-CV01720(WWE) |
| VS. | |
| PHARMACIA CORP., PHARMACIA &<br>UPJOHN CO., and THE UPJOHN CO.<br>        Defendants. | OCTOBER 11, 2005 |

**CONSENTED TO REQUEST FOR EXTENSION
OF TIME TO FILE CLOSING PAPERS**

The plaintiffs hereby respectfully request a thirty (30) day extension of time from date hereof to file the closing papers and the voluntary dismissal in connection with the settlement of the above captioned matter, which was reported to the court on September 9, 2005. Therefore, the plaintiffs seeks an extension of time up to and including November 10, 2005.

The plaintiffs request this extension of time because the settlement of the matter must be approved by the Probate Court for the Town of Colchester. The Colchester Probate Court must schedule and conduct hearings to approve the appointment of a guardian over the estate of the minor plaintiff, John W. Ramatowski, and to approve the settlement and compromise of the minor's doubtful and disputed claim before the settlement can be effectuated and the funds properly be disbursed. Undersigned counsel has conferred with counsel for the defendants, Timothy W. Donahue, Esq., who consents to this request for extension of time.

THE PLAINTIFFS,

BY: _____
Stephen E. Pliakas
Federal Bar No. ct 20182
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, Second Floor
Waterbury, CT 06702
Tel. No. (203) 596-9030
Fax No. (203) 596-9036
Email: spliakas@tnrdlaw.com

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed, postage prepaid, on this 11th day of October, 2005, to:

Timothy W. Donahue, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 006437-2714
tdonahue@ddnctlaw.com

William H. Pickett, Esq.
600 Griffith Building
405 East Thirteenth Street
Kansas City, Missouri 64106

Andrew See, Esq.
Shook, Hardy & Bacon, LLP.
1200 Main Street, One Kansas City Place
Kansas City, MO 64105-2118

Stephen E. Scheve
Shook, Hardy & Bacon
JP Morgan/Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002

Chambers of Hon. Warren W. Egington, U.S. District Judge
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604
(Courtesy Copy)

Stephen E. Pliakas

I:\CLIENTS\Ramatowski, John\Pleadings\motion.extendtime.settle.papers.101105.wpd

3