UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CYNTHIA RAMATOWSKI, et al

v.  3:02cv1720( WWE)

PHARMACIA CORPORATION, et al

## JUDGMENT

On September 9, 2005, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before October 9, 2005, and an extension of time having been granted until November 10, 2005. No closing papers have been received and no additional requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 30th day of November 2005.

KEVIN F. ROWE, Clerk

By /s/ _____
Rosalie A. Krajcik
Deputy Clerk

Entered on Docket _____